UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT D. KLINE, | ) | CIVIL ACTION NO. 1:19-cv-1043 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| ELITE MEDICAL LABORATORIES, | ) | |
| INC. ET AL, | ) | |
| Defendant | ) | |

## ORDER

Upon consideration of the unopposed motion (Doc. 6) for an extension of time filed by Defendants Elite Medical Laboratories, Inc. and Performance Laboratories, LLC, IT IS HEREBY ORDERED that Defendants Elite Medical Laboratories, Inc. and Performance Laboratories, LLC's motion is GRANTED, and the time within which their responsive pleadings to the Complaint must be filed is extended twenty days, until July 21, 2019.

Date: June 26, 2019

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge