# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. KLINE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Case 1:19-cv-1043-WIA |
| : | |
| ELITE MEDICAL LABORATORIES, : | |
| INC., PERFORMANCE : | [Electronically Filed] |
| LABORATORIES LLC, and : | |
| DR. RICHARD ARRIVIELLO, : | |
| JR., D.O. : | |
| : | |
| Defendants. : | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Robert D. Kline hereby stipulates to and agrees to dismiss his claims against Defendants Elite Medical Laboratories, Inc. and Performance Laboratories, LLC with prejudice and without costs to any party. Defendants Elite Medical Laboratories, Inc. and Performance Laboratories, LLC join in Plaintiff's stipulation of dismissal.

August 9, 2019

_(signature)_
_____
Robert D. Kline, pro se
2256 Fairview Road
McClure, PA 17841
*Plaintiff*

August 9, 2019

**K&L GATES LLP**

s/ David R. Fine
_____
David R. Fine (PA Bar # 66742)
Thomas R. DeCesar (PA Bar # 309651)
17 North Second Street, 18th Floor
Harrisburg, PA 17101-1507
Phone: 717-231-4500
Fax: 717-231-4501
david.fine@klgates.com
tom.decesar@klgates.com
*Counsel for Defendants Elite Medical Laboratories, Inc. and Performance Laboratories, LLC*

2