UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT D. KLINE,<br>  Plaintiff | ) ) ) | CIVIL ACTION NO. 1:19-CV-1043 |
| v. | ) ) ) | (ARBUCKLE, M.J.) |
| ELITE MEDICAL LABORATORIES,<br>INC., *et al.*,<br>  Defendants | ) ) ) | |

ORDER

In accordance with the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT Defendant Richard Arriviello's Motion to Dismiss (Doc. 15) is GRANTED as follows:

(1) Plaintiff's TCPA claims against Defendant Arriviello are DISMISSED without leave to amend; and

(2) The Court declines to exercise jurisdiction over Plaintiff's State law trespass to chattels claim.

(3) The Clerk of Court is directed to CLOSE this case.

Date: December 13, 2019    BY THE COURT

                *s/William I. Arbuckle*
                William I. Arbuckle
                U.S. Magistrate Judge